

# NUMBER 13-15-00117-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **GUSTAVO RODRIGUEZ DE LA GARZA,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On Appeal from the 370th District Court
### of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

On May 21, 2015, appellant's counsel filed a motion to dismiss this appeal; however, the motion was not signed by appellant. *See* Tex. R. App. P. 42.2(a) (allowing the voluntary dismissal of a criminal appeal but requiring "appellant and his or her attorney" to sign the motion to dismiss). According to subsequent communications with appellant's counsel, appellant has been released from custody and counsel has been

unable to locate him.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeal; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of September, 2015.

2